## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REEF MOUNTAIN LLC,

               Plaintiff,

v.

               No. 1:17-cv-1010-RGA

TELULAR CORPORATION,

               Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted by the parties in the above-captioned action are hereby dismissed with prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorneys' fees.

Dated: February 14, 2018

DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Reef Mountain LLC*

K&L GATES LLP

/s/ *Steven L. Caponi*
Steven L. Caponi (No. 3484)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
Facsimile: (302) 416-7020
steven.caponi@klgates.com

*Attorneys for Defendant Telular Corporation*

SO ORDERED THIS _____ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE